**DONE and SIGNED January 16, 2014.**



_____
HENLEY A. HUNTER
UNITED STATES BANKRUPTCY JUDGE
_____

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE: Mack Charles Joe, III  Bankruptcy Case No : 13-81272
SSN(1) XXX-XX-5435

ORDER CONFIRMING CHAPTER 13 PLAN

The Debtor's plan was filed on October 18, 2013 and was modified on January, 13, 2014. A summary of the plan or a summary of the final modification of the plan was transmitted to the creditors under Bankruptcy Rule 3015 . The court finds that the plan meets the requirements of 11 U.S.C. § 1325.

IT IS ORDERED THAT: The Debtor's Chapter 13 plan is confirmed with the following provisions:

1. Payments:

   | | |
   |---|---|
   | Amount of each monthly plan payment | 138.48 TOTAL PAID IN FOR 2 MONTHS, THEN $150.00 PER MONTH FOR 35 MONTHS, PULS THE NET PROCEEDS OF THE PERSONAL INJURY CLAIM LISTED ON SCHEDULE B TO THE EXTENT SUCH PROCEEDS ARE DISPOSABLE INCOM |
   | Due date of each monthly plan payment | on the 17th of each month |
   | Period of payments | 37 months |

   Payable to:
   Jon C. Thornburg, Standing Trustee
   P.O. BOX 279
   MEMPHIS, TN  38101-0279

   Payroll Deduction:
   ☒ Unless previously ordered, the Debtor's employer is ordered to deduct payments from the Debtor's earnings, draw checks in the name of the Standing Trustee, and mail the same to the Standing Trustee on or before each due date under order of this Court.

   ☐ No payroll deduction is ordered.

2. Special Provisions:
   ☐ A 30 day-drop-dead provision on all future plan payments.
   ☐ A 60 day-drop-dead provision on all future plan payments.

3. Attorney's Fees:
   The Debtor's attorney is awarded a total fee in the amount of $1,500.00, of which $1,500.00 is due and payable from the Bankruptcy Estate. Included in this amount is a fee in the amount of $0.00 for the modification

4. Other Provisions

   ☐ In addition to the above payments, Debtor pledges and shall turn over to the Chapter 13 Trustee as additional disposable income any Federal and/or State income tax refunds received during the first three (3) years of the plan or to be received for the tax years LESS AND SUBJECT to any standing Order of other right of set-off, and LESS AND EXCEPT earned income credit (EIC) which debtor(s) are entitled.

   ☒ No tax pledge is required

###