# 87

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

FILED
JAN 16 2014
EDWARD A. TAKARA, CLERK
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT of LOUISIANA

CASE NO. 13-81272
Attorney: THOMAS C. MCBRIDE
Chapter 13

MACK CHARLES JOE, III

DEBTORS

## TRUSTEE'S REPORT AND RECOMMENDATION

1. A Plan has not been previously confirmed.

2. Debtor attended a Section 341 Meeting.

3. **No previous Hearing has been attended by Debtor.** WAIVED.

4. Payments to the Plan **have** been made and are current.

5. Income and Expense Schedules I and J summarized below are reasonable.

    | | |
    |---|---|
    | Income | **$772.60** |
    | Expenses | **$622.60** |
    | Disposable Income | **$150.00** |

6. Objection to Confirmation has been filed by:
   1. Need plan provision to pledge Personal Injury suit proceeds toward payment of the unsecured.- **RESOLVED**

7. **THE OBJECTION HAS BEEN RESOLVED**

8. A Modified Plan was filed on , with hearing set for .

9. The Trustee **DOES RECOMMEND CONFIRMATION**

Respectfully submitted this 16th day of JANUARY 2014.

Jon C. Thornburg., Chapter 13 Trustee

PROCESSED
RETAIN PER ADMINISTRATIVE
PROCEDURES

13-81272 - #15 File 01/16/14 Enter 01/17/14 14:12:03 Main Document Pg 1 of 1